## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JUSTIN G. PACHECO,

      Plaintiff,

v.                                          Case No:   6:21-cv-1177-RBD-DCI

CRUNCH FITNESS,

      Defendant.
_____

### ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement (Doc. 12), indicating that this case has settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 23, 2021.

ROY B. DALTON JR.
United States District Judge