# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JUSTIN G. PACHECO, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

Case No. 6:21-cv-01177-RBD-DCI

CRUNCH FITNESS,

Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, JUSTIN G. PACHECO, and Defendant, CRUNCH FITNESS, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against CRUNCH FITNESS. The parties further stipulate to the dismissal of the class claims without prejudice pursuant to Fed. R. Civ. P. 23(e). Each party to bear its own attorney's fees and costs.

Dated: November 23, 2021           Respectfully submitted,

**JUSTIN G. PACHECO**           **CRUNCH FITNESS**

*/s/ Alexander James Taylor*           */s/ Charles J. McHale (with consent)*
Alexander James Taylor, Esq.,           CHARLES J. MCHALE, ESQ.
*Of Counsel*           Florida Bar No.: 0026555
Florida Bar No. 1013947           GOLDEN SCAZ GAGAIN, PLLC
Sulaiman Law Group, Ltd.           1135 Marbella Plaza Drive
2500 S. Highland Ave., Ste. 200           Tampa, Florida 33619
Lombard, IL 60148           Phone: (813) 251-5500
Telephone: (630) 575-8181

Facsimile: (630) 575-8188  
Email: ataylor@sulaimanlaw.com  
***Counsel for Plaintiff***

Fax: (813) 251-3675  
cmchale@gsgfirm.com  
*Counsel for Defendant*